UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EVON YAMEEN, ET AL )
    Plaintiff )
 )
v. ) Civil Action No. 03-12222-RCL
 )
PUTNAM INVESTMENT MANAGEMENT, LLC )
    Defendants )

ORDER OF RECUSAL

LINDSAY, D.J.

I hereby recuse myself with respect to the above-entitled action.

SO ORDERED.

DATED: 11/19/03

_____
UNITED STATES DISTRICT JUDGE