RE:  Civil / Criminal  No. _03-12222_____

Title: _E Von Yameen et al v Putnam Investment Mgmt Inc_

## N O T I C E

Please take notice that the above-entitled case previously assigned to

Judge _Reginald C. Lindsay_ has been transferred to Judge _Mark L. Wolf_ for

all further proceedings. From this date forward the case number on all pleadings

should be followed by the initials _MLW_. In addition, please ensure that all future

correspondence with the Clerk's Office has the proper case number _and_ initials on

the lower left hand corner of the envelope, as well as on the correspondence or

pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By: _Susan A Cabo_____

**Deputy Clerk**

Date: _11/20/03_____

_____  Please NOTE that the above case has been transferred to the Western
Section in Springfield. All future filings should be made at the Clerk's
Office, Federal Building & Courthouse, 1550 Main Street, Springfield,
MA 01103.

_____  Please NOTE that the above case has been transferred to the Central
Section in Worcester. All future filings should be made at the Clerk's
Office, U.S. District Court, Room 502, 595 Main Street,  Worcester,
MA 01608-2076.

Copies to:   Counsel, Systems Administrator

(transfer.ntc - 10/96)                                                      (ntccsasgn.)