# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

EVON YAMEEN ET AL

**SUMMONS IN A CIVIL CASE**

V.

PUTNAM INVESTMENT MANAGEMENT, LLC

CASE NUMBER:

03 12222 RCL

TO: (Name and address of Defendant)

Putnam Investment Management, LLC
One Post Office Square
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan L. Kovacs, Esq.
Law Office of Alan L. Kovacs
2001 Beacon St., Suite 106
Boston, MA 02461
(617)964-1177

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  11-12-03

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>November 18, 2003 |
| NAME OF SERVER<br>BURTON M. MALKOFSKY | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  **Mr. Joe Bacon, Compliance Specialist and**

Duly Authorized Agent for the within-named **Defendant, Putnam Investment Management, LLC.**

Said service was made at:

**2 Liberty Square, Boston**, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 68.00 | $ 68.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____November 18, 2003____   *[signature]*
                Date                                  Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 11/18/03 | | No service at One Post Office Sq., Boston, Ma. - Process Server was informed all Process must be served at 2 Liberty Sq., Boston, Ma............................................ | $ 34.00 |
| | | | $ .00 |
| 11/18/03 | | Service was made at 2 Liberty Sq., Boston, Ma...................................... | $ 34.00 |
| | | | $ .00 |
| | | | $ .00 |
| | | | $ .00 |

**DUE & DILIGENT SEARCH:** $ _____.00   No service was made   **TOTAL**   $ 68.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

Suvalle, Jodrey & Associates          One Devonshire Place          Telephone # (617) 720-5733
Massachusetts Constables since 1925   Boston, MA  02109              Fax #        (617) 720-5737