UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRANDA ZUBER, *et alius,* <br>     Plaintiffs, <br>   v. <br> PUTNAM INVESTMENT <br> MANAGEMENT, LLC, <br>     Defendant. | : **Civil Action No. 03-12175 (RCL)** <br> : <br> : <br> : <br> : <br> : <br> : |
| ANN SCHNEPS DUBIN, *et al.,* <br>     Plaintiffs, <br>   v. <br><br> PUTNAM INVESTMENT <br> MANAGEMENT, LLC, <br>     Defendant. | : **Civil Action No. 03-12209 (RCL)** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| EVON YAMEEN, *et al.,* <br>     Plaintiffs, <br>   v. <br> PUTNAM INVESTMENT <br> MANAGEMENT, LLC, <br>     Defendant. | : **Civil Action No. 03-12222 (RCL)** <br> : <br> : <br> : <br> : <br> : <br> : |
| EDWARD CASEY, *et al.,* <br>     Plaintiffs, <br><br>   v. <br> PUTNAM INVESTMENT <br> MANAGEMENT, LLC, <br>     Defendant. | : **Civil Action No. 03-12273 (RCL)** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION
AND FOR APPOINTMENT OF PLAINTIFFS' LEAD COUNSEL**

PLEASE TAKE NOTICE that, pursuant to an agreement of all plaintiffs' through their counsel, in the above captioned actions, plaintiffs move for consolidation of the above related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and appointment of plaintiffs' Lead Counsel. In support thereof, plaintiffs herewith file a Memorandum in Support of Motion for Consolidation and for Appointment of Lead Counsel, Affidavit of Stanley M. Grossman, and a Proposed Order of Consolidation.

Dated: November 18, 2003

                    Respectfully submitted,

                    **BERMAN DeVALERIO PEASE**
                    **TABACCO BURT & PUCILLO**

                    _/s/ Norman Berman_
                    Norman Berman BBO# 040460
                    One Liberty Square
                    Boston, MA 02109
                    T: (617) 542-8300
                    F: (617) 542-1194

                    *Attorney for Plaintiffs*

                    Stanley M. Grossman
                    Marc I. Gross
                    H. Adam Prussin
                    Ronen Sarraf
                    **POMERANTZ HAUDEK BLOCK**
                        **GROSSMAN & GROSS LLP**
                    100 Park Avenue, 26th Floor
                    New York, New York 10017
                    T: (212) 661-1100
                    F: (212) 661-8665

                    *Proposed Lead Counsel for Plaintiffs*

Harry W. Jacobs
**JACOBS LAW OFFICES**
500 East 77th Street, Suite 507
New York, NY 10021
T: 212-288-5172
F: 212-288-5172

*Attorney for Plaintiff Miranda Zuber*


David Jaroslawicz
**LAW OFFICES OF JAROSLAWICZ & JAROS**
150 William Street
New York, NY 10038
T: 212-227-2780
F: 212-227-5090

*Attorney for Plaintiff Norma Dweck Cust*


Klari Neuwelt
**LAW OFFICE OF KLARI NEUWELT**
110 East 59th Street, 29th Floor
New York, NY 10022
T: (212) 593-8800
F: (212) 593-9131

*Attorneys for Plaintiffs Ann Schneps Dubin, Helen Wasserman and Harriet Surks*


Alan L. Kovacs
BB0# 278240
**LAW OFFICE OF ALAN L. KOVACS**
2001 Beacon Street
Suite 106
Boston, MA 02135
T: (617) 964-1177
F: (617) 332-1223

*Attorney for Plaintiffs*

Richard J. Vita
**LAW OFFICES OF RICHARD J. VITA, P.C.**
77 Franklin Street, Suite 300
Boston, Massachusetts 02110
T: (617) 426-6566
F: (617) 357-1612

*Attorneys for Plaintiffs Evon Yameen, Kenneth Yameen, Lisa Yameen, Edward L. Murphy, John H. Diamond Jr., Elise M. Diamond, James W. Yameen, Craig J. Mclaughlin, Debora J. Mclauglin, Michelle Yameen, Dolores Banas, Joseph P. Mcdonough, Michael J. Meehan, Teresa M. Meehan, John E. Morrissey, Thomas F. Bednarek, Howard W. Mathews, Lorraine Blacker, Edward Casey, Tina Casey and Lawrence A. Stigas*