UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRANDA ZUBER, et ano, <br>     Plaintiff, <br>   -against- <br> PUTNAM INVESTMENT MANAGEMENT, LLC <br>     Defendant. | Civil Action <br> No. 03-12175-MLW |
| ANN SCHNEPS DUBIN, et al., <br>     Plaintiff, <br>   -against- <br> PUTNAM INVESTMENT MANAGEMENT, LLC, <br>     Defendant. | Civil Action <br> No. 03-12209-MLW |
| EVON YAMEEN, et al., <br>     Plaintiff, <br>   -against- <br> PUTNAM INVESTMENT MANAGEMENT, LLC, <br>     Defendant. | Civil Action <br> No. 03-12222-MLW |
| EDWARD CASEY, et al., <br>     Plaintiff, <br>   -against- <br> PUTNAM INVESTMENT MANAGEMENT, LLC, <br>     Defendant. | Civil Action <br> No. 03-12273-MLW |

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Putnam Investment Management, LLC in the above-captioned actions.

Dated: December 2, 2003
       Boston, Massachusetts

Of Counsel:

Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108-3194
(617) 573-4800

Counsel for Putnam Management Defendants

---

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party as indicated on the service list attached hereto, on  12/2/03

*/s/ James R. Carroll*

1

SERVICE LIST

BY HAND

Norman Berman
BERMAN DEVALERIO PEASE
 TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA 02109

Alan L. Kovacs
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street
Suite 106
Boston, MA 02135

Richard J. Vita
LAW OFFICES OF RICHARD J. VITA, P.C.
77 Franklin Street, Suite 300
Boston, Massachusetts 02110

BY FEDERAL EXPRESS

Harry W. Jacobs
JACOBS LAW OFFICES
500 East 77th Street, Suite 507
New York, New York 10038

David Jaroslawicz
LAW OFFICES OF JAROSLAWICZ &
JAROS
150 William Street
New York, New York 10038

Klari Neuwelt
LAW OFFICE OF KLARI NEUWELT
110 East 59th Street, 29th Floor
New York, New York 10022

Stanley M. Grossman
Marc J. Gross
H. Adam Prussin
Ronen Sarraf
POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP
100 Park Avenue, 26th Floor
New York, New York 10017