UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

MIRANDA ZUBER, ET AL.,           )
         Plaintiffs,             )
                                 )
         v.                      )    C.A. No. 03-12175-MLW
                                 )
PUTNAM INVESTMENT MANAGEMENT,    )
LLC.,                            )
         Defendant.              )

ANN SCHNEPS DUBIN, ET AL.,       )
         Plaintiffs,             )
                                 )
         v.                      )    C.A. No. 03-12209-MLW
                                 )
PUTNAM INVESTMENT MANAGEMENT,    )
LLC.,                            )
         Defendant.              )

EVON YAMEEN, ET AL.,             )
         Plaintiffs,             )
                                 )
         v.                      )    C.A. No. 03-12222-MLW
                                 )
PUTNAM INVESTMENT MANAGEMENT,    )
LLC.,                            )
         Defendant.              )

EDWARD CASEY, ET AL.,            )
         Plaintiffs,             )
                                 )
         v.                      )    C.A. No. 03-12273-MLW
                                 )
PUTNAM INVESTMENT MANAGEMENT,    )
LLC.,                            )
         Defendant.              )

ANTONIO IOAKIM, ET AL.,          )
         Plaintiffs,             )
                                 )
         v.                      )    C.A. No. 03-12402-MLW
                                 )
PUTNAM INVESTMENT MANAGEMENT,    )
LLC.,                            )
         Defendant.              )
                                 ORDER

WOLF, D.J.                                          January 2, 2004

Pursuant to 28 U.S.C. §455(a), I hereby recuse myself in the above-captioned actions. Accordingly, they are hereby RETURNED to the Clerk to be randomly reassigned.

_____
UNITED STATES DISTRICT JUDGE